# Order

Michigan Supreme Court
Lansing, Michigan

January 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130669
130670

L. LOYER CONSTRUCTION COMPANY,
      Plaintiff-Appellant,

v

CITY OF ANN ARBOR, MCI CONSULTING,
INC., a/k/a MIDWEST CONSULTING, LLC,
AMERITECH OF MICHIGAN,
      Defendants-Appellees.

SC: 130669
COA: 263030
Washtenaw CC: 03-000243-CZ

_____/

L. LOYER CONSTRUCTION COMPANY,
      Plaintiff-Appellant,

v

DEPARTMENT OF TRANSPORTATION,
      Defendant-Appellee.

SC: 130670
COA: 263031
Washtenaw CC: 04-000047-MM

_____/

      On order of the Court, the application for leave to appeal the January 26, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2007                                       Clerk

t0122